**Ellis Eric EVANS, Petitioner–Appellant,**

v.

**M.L. RIVERA, Respondent–Appellee.**

No. 09–7499.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2009.

Decided: Dec. 3, 2009.

Ellis Eric Evans, Appellant Pro Se.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellis Eric Evans, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Evans v. Rivera,* No. 0:09–cv–01153–JFA, 2009 WL 2232807 (D.S.C. July 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*